IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TYRONE WILLIAM HOLLAND,

    Plaintiff,

    v.

NATHAN DEAL,

    Defendant.

CIVIL ACTION FILE
NO. 1:15-CV-1867-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 42] of the Magistrate Judge recommending dismissing the action for failure to state a claim. As set forth in the thorough and well-reasoned Report and Recommendation, the Plaintiff is required to register as a sex offender by the provisions of O.C.G.A. § 42-1-12(e)(3). His objection that he is not required to register under O.C.G.A. § 42-1-12(e)(1) is without merit because the registration requirements are stated in the disjunctive. There is no constitutional issue with respect to applying the registration requirement to those released from prison after the enactment of the statute. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 31 day of July, 2018.


                                             /s/Thomas W. Thrash
                                             THOMAS W. THRASH, JR.
                                             United States District Judge